AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
amaurice@woodserickson.com
SCOTT R. TAYLOR, ESQ.
Nevada Bar No. 010245
staylor@woodserickson.com
**WOODS ERICKSON WHITAKER**
**& MAURICE LLP**
1349 West Galleria Drive, Suite 200
Henderson, NV  89014
Telephone: (702) 433-9696
Facsimile: (702) 434-0615
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

SIERRA METALS, INC., a Nevada corporation,    )   CASE NO.  2:10-cv-01291-GMN-LRL

        Plaintiff,      )

    vs.      )

YRC INC, a Delaware corporation; DOES I-X,  )   **STIPULATION AND ORDER TO**
inclusive; ROE CORPORATIONS I-X, inclusive,  )   **DISMISS WITH PREJUDICE**

        Defendants.      )

///
///
///
///
///
///
///
///
///
///
///
///

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, SIERRA

2   METALS, INC. and Defendant, YRC INC., by and through their undersigned counsel of record,

3   that the above-entitled action is hereby dismissed, with prejudice, each party to bear its own

4   attorneys' fees and costs.

5   DATED this 14th day of September, 2010.      DATED this 14th day of September, 2010.

6   **LEWIS & ROCA LLP**                         **WOODS ERICKSON WHITAKER**
                                                 **& MAURICE LLP**
7

8   */s/ Darren T. Brenner*                      */s/ Scott R. Taylor*
    J. CHRISTOPHER JORGENSEN, ESQ.               AARON R. MAURICE, ESQ.
9   Nevada Bar No. 5382                          Nevada Bar No. 6412
    DARREN T. BRENNER, ESQ.                      SCOTT R. TAYLOR, ESQ.
10  Nevada Bar No. 008386                        Nevada Bar No. 10245
    3993 Howard Hughes Parkway, Suite 600        1349 W. Galleria Drive, Suite 200
11  Las Vegas, NV  89169                         Henderson, Nevada  89014
    *Attorneys for Defendant*                    *Attorneys for Plaintiff*
12

13

14                            **ORDER**

15          IT IS SO ORDERED this 14th day of September, 2010.

16

17  _____

18  Gloria M. Navarro
    United States District Judge
19

20  Respectfully Submitted:

21  **WOODS ERICKSON WHITAKER**
    **& MAURICE LLP**
22

23  */s/ Scott R. Taylor*
    AARON R. MAURICE, ESQ.
24  Nevada Bar No. 6412
    SCOTT R. TAYLOR, ESQ.
25  Nevada Bar No. 10245
    1349 W. Galleria Drive, Suite 200
26  Henderson, Nevada  89014
    *Attorneys for Plaintiff*
27

28

WOODS ERICKSON
WHITAKER & MAURICE LLP
ATTORNEYS AT LAW
1349 West Galleria Drive, Suite 200
Henderson, Nevada 89014-6653